UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHANE SNOWDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    and<br><br>AMERICAN EAGLE OUTFITTERS,<br><br>    Defendants. | Case No. 2:22-cv-02367-JAR-TJJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff and the defendants hereby stipulate to the dismissal of the above-styled case with prejudice. Each side will bear its own court costs and attorneys' fees.

                                                **BURNETTDRISKILL, ATTORNEYS**

                                                By:   /s/ *Kyle H. Sciolaro*
                                                       Kyle H. Sciolaro, KS. # 64568
                                                       Derrick A. Pearce, KS. #16752
                                                       103 W. 26th Avenue, Suite 290
                                                       North Kansas City, Missouri 64116
                                                       T: (816) 883-4142
                                                       F: (816) 792-3634
                                                       ksciolaro@burnettdriskill.com
                                                       dpearce@burnettdriskill.com
                                                       ATTORNEYS FOR PLAINTIFF

LITTLER MENDELSON, P.C.

By: /s/ *Bayli Martin*
Bayli Martin, KS # 28301
Daniel B. Boatright, KS # 15298
1201 Walnut, Suite 1450
Kansas City, MO 64106
Telephone: 816-627-4401
Fax: 816-817-7703
bamartin@littler.com
dboatright@littler.com
ATTORNEYS FOR DEFENDANT
AMERICAN EAGLE OUTFITTERS

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April 2023, a copy of the above notice was served via the electronic mail upon the following counsel of record:

William E. Hanna
Christopher J. Leopold
STINSON LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106
William.hanna@stinson.com
Chris.leopold@stinson.com

ATTORNEYS FOR DEFENDANT
LIFE INSURANCE COMPANY OF NORTH AMERICA

/s/ *Kyle H. Sciolaro*
ATTORNEYS FOR PLAINTIFF